IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 01–cv–02451–EWN

EUCLIDES MORALES-FERNANDEZ,

    Applicant,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

    Respondent.

---

**ORDER OF DISMISSAL**

---

    Upon consideration and review of the status report and supplemental motion to dismiss (#42), and upon the finding that petitioner has been released from custody and that such was the only relief requested in his petition for habeas corpus, it is

    ORDERED that the motion to dismiss be GRANTED and that the case be dismissed as moot.

    Dated this  6th  day of September, 2005.

                                    BY THE COURT:

                                      s/Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge